

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-17-00126-CR

**GAVIN DANIAR SNOW,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

**From the 21st District Court
Burleson County, Texas
Trial Court No. 14,898**

## ORDER ON REHEARING

Appellant's motion for rehearing is denied.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion denied
Order issued and filed January 2, 2019
Do not publish

